**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIA RIOS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MANDARICH LAW GROUP, LLP,<br><br>　　　　　　Defendant. | Case No. CV 19-01380-DMG (Kkx)<br><br>**JUDGMENT** |

On October 24, 2019, this Court having granted Defendant Mandarich Law Group, LLP's motion to dismiss with prejudice,

IT IS ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Defendant and against Plaintiff Claudia Rios and that this action is dismissed with prejudice on the merits.

DATED: October 24, 2019

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE